# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

TYRELL O'NEAL BROWN,

    Petitioner,

v.                                  Civil Action No. 3:18CV505–HEH

CHRISTOPHER ROBINSON, *et al.*,

    Respondents.

## MEMORANDUM OPINION
### (Dismissing Action Without Prejudice)

By Memorandum Order entered on August 15, 2018, the Court directed Petitioner to show good cause why the action should not be dismissed for lack of exhaustion. On August 17, 2018, the United States Postal Service returned the August 15, 2018 Memorandum Order to the Court marked, "RETURN TO SENDER" and "UNABLE TO FORWARD." Since that date, Petitioner has not contacted the Court to provide a current address. Petitioner's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice. The Court will deny a certificate of appealability.

An appropriate Order shall accompany this Memorandum Opinion.

                                                  /s/

                                  HENRY E. HUDSON

Date: Aug. 21, 2018        SENIOR UNITED STATES DISTRICT JUDGE

Richmond, Virginia